# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **HAYNIE SMITH,** | Case No.: |
| Plaintiff. | 2:18-cv-00081-LA |
| v. | |
| **ASHFORD UNIVERSITY,** | |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: July 30, 2019　　　　　　　By: */s/ Joseph C. Hoeffel*
　　　　　　　　　　　　　　　　　　Joseph C. Hoeffel, Esquire
　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　Fax: (877) 788-2864
　　　　　　　　　　　　　　　　　　Email: jhoeffel@creditlaw.com

# CERTIFICATE OF SERVICE

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

>Brian J. Foster, Esquire
>Snell & Wilmer, LLP
>400 E Van Buren Street
>Phoenix, AZ 85004
>bfoster@swlaw.com.com
>Attorney for Defendant

Dated: July 30, 2019    By: */s/ Joseph C. Hoeffel*
     Joseph C. Hoeffel, Esquire
     Kimmel & Silverman, P.C.
     30 E. Butler Pike
     Ambler, PA 19002
     Phone: (215) 540-8888
     Fax: (877) 788-2864
     Email: jhoeffel@creditlaw.com