UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HAYNIE SMITH,<br><br>        Plaintiff,<br><br>v.<br><br>ASHFORD UNIVERSITY,<br><br>        Defendant. | NO. 2:18-cv-00081-DEJ |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Haynie Smith, and Defendant, Ashford University, through their respective attorneys, hereby stipulate to the dismissal with prejudice of all pending claims in the above-captioned action, with each party bearing its own fees and costs.

Dated this 6th day of September, 2019.

                                **KIMMEL & SILVERMAN, P.C.**

                                By:  <u>s/ Joseph C. Hoeffel</u>
                                       Joseph C. Hoeffel,
                                       30 East Butler Pike
                                       Ambler, PA 19002
                                       Telephone: (215) 540-8888
                                       Facsimile: (877) 788-2864
                                       teamkimmel@creditlaw.com

                                *Counsel for Plaintiff Haynie Smith*

Dated this 6th day of September, 2019.

                                **SNELL & WILMER, L.L.P.**
                                Brian J. Foster
                                One Arizona Center
                                400 E. Van Buren Street, Suite 1900
                                Phoenix, Arizona 85004

                                       -and-

                              **MICHAEL BEST & FRIEDRICH LLP**

By: */s/ Patricia L. Jenness*
Patricia L. Jenness, SBN 1082658
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202
Telephone: (414) 271-6560
Facsimile: (414) 277-0656
pljenness@michaelbest.com

Michelle L. Dama, SBN 1041809
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, WI 53701-1806
Telephone: (608) 257-3501
Facsimile: (608) 283-2275
mldama@michaelbest.com

*Counsel for Defendant Ashford University*

212245-0001\26396537.v1